ANN MILLER RAVEL, County Counsel (S.B. #62139)
LORI E. PEGG, Lead Deputy County Counsel (S.B. #129073)
LISA HERRICK, Deputy County Counsel (S.B. #157115)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900

Attorneys for Defendants

*E-FILED - 12/1/05*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD SULLIVAN,

    Plaintiff,

v.

COUNTY OF SANTA CLARA, BOARD OF SUPERVISORS OF THE COUNTY OF SANTA CLARA, SANTA CLARA PROBATION DEPARTMENT, JESS LOPEZ, BARBARA DAVIS individually, and DOES 1 through 50, inclusive,

    Defendants.

No.   C05-01735 RMW

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ENTRY OF JUDGMENT AND ORDER**

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff, Richard Sullivan, and defendants, County of Santa Clara, Probation Department of the County of Santa Clara, Jess Lopez and Barbara Davis, through their undersigned counsel, that the entire action be dismissed with prejudice as to all defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to enter judgment dismissing the entire action with prejudice.

//

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal with Prejudice and
Entry of Judgment and Order      1      C05-01735 RMW

1  IT IS FURTHER STIPULATED THAT each party shall bear its own costs and
2  attorneys' fees.
3  Dated: 11/30, 2005

*[signature]*
CHARLES A. BONNER
Attorney for Plaintiff

6  Dated: nov 29, 2005

*[signature]*
LISA HERRICK
Deputy County Counsel

Attorneys for Defendants

## ORDER

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The entire action be dismissed with prejudice as to all defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

2. The clerk shall enter judgment dismissing the entire action with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Dated: 12/1/05

/S/ RONALD M. WHYTE
JUDGE OF THE DISTRICT COURT

S:\Main\Litigation\Polk E-file\Pleadings\Dismissal_Sullivan C05 01735RMW.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal with Prejudice and
Entry of Judgment and Order                2                    C05-01735 RMW